FILED
CLERK, U.S. DISTRICT COURT

JUN 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS MALDONADO,<br><br>   Petitioner,<br><br>  v.<br><br>JEANNE WOODFORD, et al.,<br><br>   Respondents. | NO. EDCV 05-1004 RGK (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED:  JUN 13 2008

                /s/ Gary Klausner
               R. GARY KLAUSNER
               United States District Judge