FILED

JUN 1 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS MALDONADO, | NO. EDCV 05-1004 RGK (FFM) |
|      Petitioner, | |
| | JUDGMENT |
|     v. | |
| JEANNE WOODFORD, et al., | |
|     Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: ___JUN 1 3 2008___

_____
R. GARY KLAUSNER
United States District Judge